

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2019

No. 04-19-00448-CR

John E. **RODARTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2003CR06651
Honorable Mary D. Roman, Judge Presiding

# O R D E R

John E. Rodarte, Sr. has filed a notice of appeal from the trial court's May 10, 2019 order recommending that his tenth pro se application for post-conviction writ of habeas corpus be dismissed because his claims are waived and abandoned by his abuse of the writ. As we have held in a prior case involving Rodarte, this court lacks jurisdiction to consider an appeal from a trial court's ruling regarding a post-conviction felony habeas corpus proceeding. *See Ex parte Rodarte*, No. 04-13-00254-CR, 2013 WL 1908678, at *1 (Tex. App.—San Antonio May 8, 2013) (mem. op.); *see also* TEX. CODE CRIM. PROC. ANN. art. § 11.07 § 5.

Accordingly, Rodarte is ORDERED to show cause within ten (10) days of the date of this order why this appeal should not be dismissed for lack of jurisdiction. If Rodarte does not timely file a satisfactory response, this appeal will be dismissed without further notice.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court